**Manoucher ROSTAMKHANI,**
**Appellant,**

v.

**OPTION ONE MORTGAGE**
**CORPORATION,**
**Appellee.**

No. 11–3049.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 17, 2012.

Filed: May 22, 2012.

Manoucher Rostamkhani, Minneapolis, MN, pro se.

Patrick Joseph Lindmark, Ernest Francis Peake, Leonard & O'Brien, Minneapolis, MN, for Defendant–Appellee.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Manoucher Rostamkhani appeals the district court's [1] adverse grant of summary judgment on his wrongful-eviction claim against the mortgage company involved in the foreclosure sale of his Minnesota real estate. We decline, however, to address Rostamkhani's only arguments on appeal—that the settlement agreement he entered into with the company was invalid,

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

and that he did not voluntarily leave the property—because he did not raise those arguments below. *See Wiser v. Wayne Farms,* 411 F.3d 923, 926 (8th Cir.2005) (in general, this court will not consider arguments raised for first time on appeal); *see also Stein v. Chase Home Fin., LLC,* 662 F.3d 976, 981 (8th Cir.2011) (declining to address argument plaintiff developed for first time on appeal, because defendant did not have chance to develop factual record on issue in district court, and record on appeal did not contain findings necessary to evaluate validity of plaintiff's arguments). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.